## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kimberly Anne Duffney, | Case No. 21-cv-2539 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Wright County Health and Human Services, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz. ECF No. 9. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:  this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 18, 2022

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge